# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REYES MIGUEL EK-AVILEZ , <br><br> Defendant. | Case No.   19CR4644-WQH <br><br><br> JUDGMENT AND ORDER TO DISMISS THE INFORMATION WITHOUT PREJUDICE |

For good cause appearing, the Court grants the Government's motion to dismiss, without prejudice, the Information filed against REYES MIGUEL EK-AVILEZ.

Dated:  August 24, 2020

Hon. William Q. Hayes
United States District Court